IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY CHARLES THOMPSON,<br>Social Security Number: 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<br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 3:16-cv-05442<br><br>ORDER GRANTING MOTION BY DAVID B. CONDON TO WITHDRAW AS ATTORNEY FOR PLAINTIFF |

THIS MATTER, having come before the Court upon David B. Condon's Motion to Withdraw as counsel for the plaintiff pursuant to LCR 83.2(b)(1), and it appearing that counsel and plaintiff have been served and that plaintiff agrees to proceed pro se while seeking new counsel, and no objections being raised, the Court does hereby

ORDER that the Motion by David B. Condon to Withdraw as Attorney for Plaintiff is granted.  All future notices and correspondence shall be directed to:

> Timothy Thompson
> 859 S 78th St
> Tacoma, WA 98408-5325
> 253-306-7461

DATED this 6th day of July, 2016.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION BY DAVID B. CONDON FOR WITHDRAWAL OF COUNSEL
Timothy Charles Thompson vs. Commissioner of Social Security
Page 1

*WELCH & CONDON*
POST OFFICE BOX 1318
1109 TACOMA AVE SOUTH
TACOMA, WA  98402
(253) 383-3427

1
2
3  Presented by:
4
5   /s/ David B. Condon
   DAVID B. CONDON / WSBA 5578
   Attorney for Plaintiffs
6  Welch & Condon
   1109 Tacoma Avenue South
7  PO Box 1318
   Tacoma, WA 98401-1318
8  (253) 383-3427 (voice)
   (253) 572-8957 (fax)
9  email: dave@welchcondon.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  ORDER GRANTING MOTION BY DAVID B. CONDON FOR WITHDRAWAL OF COUNSEL
Timothy Charles Thompson vs. Commissioner of Social Security
Page 2

*WELCH & CONDON*
POST OFFICE BOX 1318
1109 TACOMA AVE SOUTH
TACOMA, WA  98402
(253) 383-3427